*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

**DISTRICT OF COLUMBIA COURT OF APPEALS**

FILED 12/7/2017
District of Columbia
Court of Appeals

Julio Castillo
Clerk of Court

No. 17-BG-771

IN RE JUDE EZEALA

2017 DDN 106

An Administratively Suspended Member
of the Bar of the District of Columbia Court of Appeals

**Bar Registration No.    988728**

BEFORE:    Fisher and Easterly, Associate Judges, and Nebeker, Senior Judge.

**O R D E R**
(FILED – December 7, 2017)

On consideration of the certified order of the Maryland Court of Appeals indefinitely suspending respondent from the practice of law in the state of Maryland by consent; this court's September 18, 2017, order temporarily suspending respondent in this case and directing him to show cause why functionally equivalent reciprocal discipline should not be imposed; and the statement of Disciplinary Counsel regarding reciprocal discipline; and it appearing that respondent did not file a response to this court's show cause order but did file the required D.C. Bar R. XI, § 14 (g) affidavit on November 15, 2017, it is

ORDERED that Jude Ezeala is hereby indefinitely suspended from the practice of law in the District of Columbia *nunc pro tunc* to November 15, 2017, with reinstatement subject to a fitness requirement and the right to petition for reinstatement after five years or when reinstated in the state of Maryland, whichever occurs first. *See In re Maignan*, 988 A.2d 493, 495 (D.C. 2010) (setting forth the functionally equivalent discipline for an indefinite suspension without a required minimum period of suspension); *see also In re Sibley*, 990 A.2d 483, 487-88 (D.C. 2010) (explaining that the presumption of identical discipline in D.C. Bar R. XI, § 11 (c) will prevail except in "rare" cases); *In re Cole*, 809 A.2d 1226, 1227 n.3 (D.C. 2002) (explaining that in unopposed reciprocal matters the "imposition of identical discipline should be close to automatic").

**PER CURIAM**